UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR23-118 TL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| MARQUISE LATRELLE TOLBERT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offenses charged</u>:

1. Conspiracy to Distribute Controlled Substances.

<u>Date of Detention Hearing</u>:   July 28, 2023.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.  Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

    2. Defendant poses a risk of flight based on his history of failures to appear and criminal activity while under court supervision. Defendant also has a history of false statements with respect to where he was living. Defendant is a danger to the community because of the nature of the charged offense and a history of violent offenses including robbery, attempt to elude, and discharge of a firearm. Defendant is detained in CR23-104 and does not contest detention at this time.

    3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

DETENTION ORDER
PAGE -2

Officer.

DATED this 28th Day of July, 2023.

_____
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3