UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>      v.<br><br>MARQUISE TOLBERT,<br><br>                    Defendant. | CASE NO. 2:23-cr-00118-TL<br><br>ORDER ON DEFENDANT'S MOTION TO COMMUNICATE WITH CO-DEFENDANT |

The Court, having considered the motion of Defendant Marquise Tolbert to communicate with Co-Defendant Adrianna Kinsey (Dkt. No. 63), the Government's response (Dkt. No. 68), and the remaining relevant record, hereby finds that the two named Defendants are in a relationship, with Ms. Kinsey bearing Mr. Tolbert's child. Ms. Kinsey has been released on bond and on the condition that she "not have direct contact or indirect contact with any . . . co-defendant(s) in this case." Dkt. No. 22. The Court recognizes that there are serious concerns regarding the potential for collusion, witness or evidence tampering, and intentional or implied

coercion in the ongoing criminal matter if the two Defendants are permitted to communicated without limitation. *See* Dkt. No. 68 at 3–6.

Accordingly, the Court hereby GRANTS Mr. Tolbert's motion to communicate with Ms. Kinsey (Dkt. No. 63), but with the following conditions:

(1) Mr. Tolbert and Ms. Kinsey are PERMITTED to communicate with each other via written letters only. The subject of the letters must be limited to the issue of the pregnancy, the child the two are expecting, and their parenting relationship.

(2) The Court hereby APPOINTS Russell Aoki, of Aoki PLLC, as a third-party monitor to receive and review the letters between Mr. Tolbert and Ms. Kinsey. Any letters between the two Defendants must be sent to Mr. Aoki at 1200 5th Ave., Suite 750, Seattle, WA 98101 (or an email address if Mr. Aoki chooses to provide one to Mr. Tolbert and Ms. Kinsey). Mr. Aoki SHALL review each letter. If he believes that a letter only discusses the above-mentioned approved topics, he SHALL forward the letter to the intended recipient Defendant. If, however, he believes that a letter discusses matters other than the above-approved topics, he is DIRECTED to send a copy of the letter to the Court for *in camera* review and refrain from forwarding the letter to the intended recipient.

(3) Mr. Aoki is DIRECTED to retain a copy of each letter.

Dated this 28th day of August 2023.

Tana Lin
United States District Judge

ORDER ON DEFENDANT'S
MOTION TO COMMUNICATE
WITH CO-DEFENDANT - 2